UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MAZZAFERRO, | No. C 11-4097-SI (DMR) |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| RUSSELL STANALAND, | |
| Defendant(s). | |

On August 10, 2012, the court ordered the parties to file written documents by September 7, 2012 which set forth "(1) a brief description of the state court case, including its status; (2) the discovery that has taken place in the state court case; (3) discovery that is anticipated to take place in the state court case, if that case is ongoing; and (4) the discovery that the party intends to propound in this case." [Docket No. 57.] These filings were to aid the court in formulating a discovery plan for the parties during a telephonic hearing scheduled for September 27, 2012. To date the parties have made no filings.

The court therefore ORDERS the parties TO SHOW CAUSE by filing a written statement explaining why the court should not sanction them for failing to comply with the court order. The parties shall file their responses to this order, along with the overdue documents, no later than September 24, 2012. The September 27, 2012 telephonic hearing is hereby VACATED and rescheduled for October 25, 2012 at 11:00 a.m.

IT IS SO ORDERED.

Dated: September 14, 2012



_____
DONNA M. RYU
United States Magistrate Judge