1  Name: Mansueto Lenci

2  Address: 11200 Askew Ave

   Kansas City, MO 64137

3  Phone Number: 573-745-9113

4  E-mail Address: tlenci@kc.rr.com

5  *Pro Se*

6

7                    **UNITED STATES DISTRICT COURT**

                     **NORTHERN DISTRICT OF CALIFORNIA**

8  Ronald Mazzaferro                )  Case Number: CV-11-04097-~~JCS~~ SI
                                    )
9                                    )  [~~PROPOSED~~] **ORDER GRANTING**
                                    )  **MOTION FOR PERMISSION FOR**
10                   Plaintiff,      )  **ELECTRONIC CASE FILING**
                                    )
11     vs.                          )  DATE:
                                    )  TIME:
12  Russell Stanaland               )  COURTROOM:
   Mansueto Lenci                   )  JUDGE:
                                    )
13                                   )
                    Defendant.       )
14

15

16     The Court has considered the Motion for Permission for Electronic Case Filing.  Finding

17  that good cause exists, the Motion is GRANTED.

18

19     IT IS SO ORDERED.

20

21  DATED: 10/30/12            _____

22                            United States District/~~Magistrate~~ Judge

23

24

25

26

27

28