UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD MAZZAFERRO,   No. C 11-04097 SI (DMR)

    Plaintiff(s),   **ORDER RE DISCOVERY DISPUTES**

   v.

RUSSELL STANALAND,

    Defendant(s).
_____/

The court has reviewed the discovery updates filed by the parties on January 18 and 22, 2013. [Docket Nos. 72, 74.] Although it is unclear, it appears that there are two potential discovery disputes that the parties are not currently raising before the court, but that may arise in the future. If discovery disputes do arise, the parties shall file a joint discovery letter with the undersigned in accordance with the guidelines set forth in Docket No. 56. If the parties wish to raise discovery disputes at this time, they shall follow the same procedures.

IT IS SO ORDERED.

Dated: January 23, 2013

DONNA M. RYU
United States Magistrate Judge