IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MAZZAFERRO, | No. C 11-04097 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| RUSSELL STANALAND, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 21, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 9/6/13.

DESIGNATION OF EXPERTS: n/a; REBUTTAL: n/a.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is n/a.

DISPOSITIVE MOTIONS **SHALL** be filed by September 27, 2013;

    Opp. Due October 11, 2013;  Reply Due October 18, 2013;

    and set for hearing no later than November 1, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 17, 2013 at 3:30 PM.

JURY TRIAL DATE: January 27, 2014 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur before the end of May 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 2/7/13

_____
SUSAN ILLSTON
United States District Judge