UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MAZZAFERRO,<br><br>          Plaintiff(s),<br><br>     v.<br><br>RUSSELL STANALAND,<br><br>          Defendant(s).<br>_____/ | No. C-11-04097 SI (DMR)<br><br>**ORDER DENYING DISCOVERY LETTER BRIEFS WITHOUT PREJUDICE** |

The parties have filed separate letters with the court detailing the discovery disputes between them. [Docket Nos. 83, 84.] Because the parties have failed to abide by the discovery letter procedures set forth in the August 7, 2012 order, [Docket No. 56], the court denies with letters without prejudice. The parties are ORDERED to meet and confer over their discovery disputes in accordance with the court's order. If they cannot resolve their disputes, they shall file a joint discovery letter by March 15, 2013.

IT IS SO ORDERED.

Dated: February 25, 2013

DENIED WITHOUT PREJUDICE

DONNA M. RYU
Judge Donna M. Ryu
United States Magistrate Judge