UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MAZZAFERRO, | No. C-11-04097 DMR |
| Plaintiff, | **ORDER REGARDING DEFENDANT'S REQUEST FOR TELEPHONIC HEARING** |
| v. | |
| MANSUETO ANTHONY LENCI, and RUSSELL STANALAND, | |
| Defendants. | |

The hearing that this court set on the Joint Discovery Letter [Docket No. 90] and Motion for Protective Order [Docket No. 92] is already set as a telephonic conference. Parties are expected to appear by telephone on **April 23, 2013, at 11 a.m.**, following the protocol set forth in the April 1, 2013 Order from this court. [Docket No. 93.]

IT IS SO ORDERED.

Dated: April 9, 2013

DONNA M. RYU
United States Magistrate Judge