Ronald Mazzaferro
P. O. Box 536
El Verano, California  95433
(707) 703 6976

Plaintiff in Propria Persona

Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD MAZZAFERRO,<br>    Plaintiff<br><br>v<br><br>RUSSELL STANALAND,<br>    Defendant<br><br>MANSUETTO ANTHONY LENCI,<br>    Defendant | Case Number: 3:11-cv-04097 SI<br><br>PLAINTIFF'S ~~PROPOSED~~ JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT HEARING FOR THE GOOD CAUSE THAT RESULTED IN CONTINUANCE OF SETTLEMENT CONFERENCE |

Date:           June 21, 2013
Time:           3:00 p. m.
Courtroom:      10, 19th Floor
Judge:          Honorable Susan Illston

TO HONORABLE JUDGE SUSAN ILLSTON:

    On June 19, 2013 plaintiff received a phone call from Tracy Kasamoto regarding the failure of the parties to file a case management statement 7 days before the above scheduled CASE MANAGEMENT hearing. Plaintiff immediately called Defendant Lenci and informed him of that failure, but he did not answer, so plaintiff left a message for return call ASAP so

PLAINTIFF'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT HEARING FOR GOOD CAUSE

1

that Mazzaferro and Lenci could file a joint request for continuance of the above scheduled CASE MANGEMENT CONFERENCE. As of preparation of this document, plaintiff has not heard back from Mr. Lenci and is therefore submitting this with plaintiff's signature affixed and E Mailing same to Mr. Lenci for him to sign and file electronically as he has ECF privileges.

### REQEUST FOR CONTINUANCE

Plaintiff is respectfully requesting a continuance of the above scheduled case management hearing to mid-September for the good cause stated in the document filed on May 1, 2013 styled PLAINTIFF AND DEFENDANT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE, Docket # 103, that resulted in Docket # 104, PLAINTIFF AND DEFENDANT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND ORDER AS MODIFIED, continuing the settlement conference to August 8, 2013.  Except for lines 3 – 8 on page 2 of Docket # 104 that is now moot, lines 9 – 12 on page 2 of Docket # 103 are still operative regarding an extensive hearing with Judge Donna Ryu on April 23, 2013 that resulted in a new level of cooperation between Mazzaferro and Lenci regarding discovery issues that will lead to narrowing and or resolution of issues which lead the request at lines 12 – 15 on page 2 for continuance which the Court granted as modified at lines 15 – 17 on page 2 of Docket # 104 continuing the SETTLEMENT CONFERENCE to August 8, 2013.

In addition, Lenci and Mazzaferro met and conferred on May 21, 2013 for 17.12 minutes by phone call initiated by defendant Lenci regarding discovery issues directly related to the new level of cooperation stated at lines 9 – 12 on page 2 of Docket # 104. That phone call resulted in a higher level of cooperation contemplated by lines 8 – 12 on page 2 of Docket # 104 regarding discovery issues that will further lead to narrowing of issues.

PLAINTIFF'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT HEARING FOR GOOD CAUSE

    For the foregoing reasons, plaintiff respectfully requests that the above CASE MANAGEMENT HEARING be continued to mid-September of 2013 which will allow Mazzaferro and Lenci to more fully implement the heightened level of cooperation stated at lines 9 – 12 on page 2 of Docket #s 103 and 104.

Respectfully Submitted

_/s/ Ronald Mazzaferro_
Ronald Mazzaferro

_____
Mansuetto Anthony Lenci

THE CASE MANAGEMENT CONFERENCE IS CONTINUED FROM 6/21/13 TO 9/13/13 AT 3:00 P.M.

A JOINT CASE MANAGEMENT CONFERENCE STATEMENT IS DUE ONE WEEK PRIOR TO THE CONFERENCE.

PLAINTIFF'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT HEARING FOR GOOD CAUSE

3

PROOF OF SERVICE BY MAIL

My name is Ronald Mazzaferro. My address is P. O .Box 536 El Verano, California 95433. I am over the age of 18 years.

PLAINTIFF'S PROPOSED JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT HEARING FOR THE GOOD CAUSE THAT RESULTED IN CONTINUANCE OF SETTLEMENT CONFERENCE

On the interested parties by placing true and correct copy(s) thereof in a postage page envelope and depositing in the United States Mail addressed as follows:

Mansuetto Anthony Lenci
11200 Askew Avenue
Kansas City, MO 64137

Russell Stanaland
180 Montgomery Street, Suite 1850
San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Sonoma California on June 20, 2013.

_____
Ronald Mazzaferro