Ronald Mazzaferro
P. O. Box 536
El Verano, California  95433
(707) 703 6976

Plaintiff in Propria Persona.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RONALD MAZZAFERRO,
                Plaintiff

            v

RUSSELL STANALAND,
                Defendant

MANSUETTO ANTHONY LENCI,
                Defendant

)  Case Number:  CV-11-04097 SI
)
)
)  PLAINTIFF MAZZAFERRO AND
)  DEFENDANT  LENCI
)  STIPULATION TO CONTINUE
)  SETTLELMENT CONFERENCE
)   AND ORDER AS MODIFIED
)
)
)

Date:        August 8, 2013
Time:        9:30 A. m.
Courtroom:   A
Floor:        15
Judge:       Nathanael M. Cousins

TO HONORABLE JUDGE NATHANAEL M. COUSINS

      Comes now plaintiff  Ronald Mazzaferro and defendant Mansuetto Anthony Lenci who

herein stipulate to continue the above scheduled hearing.

      On May 2, 2013 the court granted a continuance, Docket # 104, of the settlement

conference scheduled for May 7, 2013 based on a May 1, 2013 stipulation, Docket # 103,

between plaintiff and defendant  Lenci.  Except for the date conflict reasons stated on page 2

lines 4 – 8 of the stipulation, Docket # 103, which are now settled, Mazzaferro and Lenci

1

continue to cooperate to settle and narrow issues and therefore  request the above scheduled

Settlement Conference be continued to sometime in October of  2013.

_____

Ronald Mazzaferro

_____

Mansuetto Anthony Lenci

### ORDER

The settlement conference scheduled for August 8, 2013 is vacated and reset as a

telephonic conference call with the parties at 1:30 p.m. The parties shall contact the courtroom

deputy at 415.522.2039 to obtain the dial-in information for the call.

Dated: August 5, 2013



IT IS SO ORDERED
AS MODIFIED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2