IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MAZZAFERRO,<br><br>  Plaintiff,<br><br>  v.<br><br>MANSUETTO LENCI,<br><br>  Defendant.<br>_____/ | No. C 11-4097 SI<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Plaintiff has filed a motion for judgment on the pleadings. The motion is scheduled for a hearing on November 22, 2013. Pursuant to Civil Local Rule 7-1(b), the Court determines that this matter is appropriate for resolution without oral argument, and VACATES the hearing. For the reasons set forth in this order, the Court DENIES plaintiff's motion. **The case management conference scheduled for 10:00 a.m. on November 22, 2013, is continued to 3:00 p.m. the same day**.

**DISCUSSION**

Plaintiff Ronald Mazzaferro, proceeding *in pro per*, filed this lawsuit on August 19, 2011, against *pro se* defendant Mansuetto Lenci. The complaint alleges claims for elder abuse under the California Welfare & Institutions Code and for invasion of privacy. Defendant filed an answer admitting certain allegations and denying most of the allegations in the complaint. For the last two year the parties have engaged in discovery, albeit contentiously.

Plaintiff moves for judgment on the pleadings, contending that defendant's answer "contains only superficial denials" and that "although Lenci has had ample time to develop affirmative defenses through discovery and seek permission to file an amended answer, he has failed on all respects . . . ."

Docket No. 114 at 10-15. Defendant opposes plaintiff's motion, asserting that his answer is sufficient and that he was not required to file an amended answer.

The Court may grant a Rule 12(c) motion for judgment on the pleadings only if, taking all the allegations in the pleading as true, the moving party is entitled to judgment as a matter of law. *Hal Roach Studios, Inc. v. Richard Feiner & Co.*, 896 F.2d 1542, 1550 (9th Cir. 1990). A plaintiff is not entitled to judgment on the pleadings if the answer raises issues of fact or an affirmative defense which, if proved, would defeat plaintiff's recovery. *General Conference Corp. of Seventh–Day Adventists v. Seventh–Day Adventist Congregational Church*, 887 F.2d 228, 230 (9th Cir. 1989).

The Court concludes that plaintiff is not entitled to judgment on the pleadings. The complaint contains numerous general allegations against Lenci accusing him of "harassing" plaintiff and "embezzling" from the Mazzaferri Living Trust, yet there are few specific factual allegations establishing the elements of the pleaded claims. Further, under Rule 8(b) a defendant is permitted to generally deny any allegation that is not specifically admitted. *See* Fed. R. Civ. Proc. 8(b)(3).

## CONCLUSION

For the foregoing reasons, the Court DENIES plaintiff's motion for judgment on the pleadings. Docket No. 114.

**IT IS SO ORDERED.**

Dated: November 18, 2013

SUSAN ILLSTON
United States District Judge