IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MAZZAFERRO, | No. C 11-4097 SI |
|     Plaintiff, | **ORDER RE: NOVEMBER 22, 2013 CASE MANAGEMENT CONFERENCE** |
| v. | |
| MANSUETTO LENCI, | |
|     Defendant. | |

On November 22, 2013, the Court held a scheduled case management conference. Defendant appeared by telephone. Plaintiff had arranged to appear by telephone, but when the Court called the phone number that plaintiff provided, there was no answer. Plaintiff is reminded about the importance of attending all court appearances and meeting court deadlines.

The parties' case management conference statements refer to a number of discovery disputes. The parties are hereby ordered to expeditiously resolve all pending discovery disputes with Magistrate Judge Ryu in order to be prepared for further motion practice and/or trial.

**IT IS SO ORDERED.**

Dated: November 25, 2013

SUSAN ILLSTON
United States District Judge