IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MAZZAFERRO, | No. C 11-4097 SI |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREFIX FOR FAILURE TO PROSECUTE** |
| v. | |
| MANSUETTO LENCI, | |
| Defendant. | |

On December 19, 2013, the Court issued an Order to Show Cause Why Case Should Not Be Dismissed With Prejudice For Failure To Prosecute. Docket No. 130. That order detailed plaintiff's failure to appear at the December 17, 2013 pretrial conference, failure to file any pretrial papers as required by the Court's orders, and failure to appear at a case management conference and a discovery hearing.

On December 23, 2013, plaintiff responded to the Order to Show Cause. Docket No. 131. Plaintiff states that he has been "actively, diligently and doggedly pursuing and defending against collateral [bankruptcy] litigation that is directly related to this case" and that the bankruptcy proceedings have "eclipsed/mooted" the complaint in this case. *Id.* at 1-2. Accordingly, in light of plaintiff's failure to prosecute this case and his statement that this case has now been rendered moot, this case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b). The January 27, 2014 trial is VACATED. If plaintiff wishes to pursue further litigation on claims not contained in the

complaint in this case, plaintiff must file a new action as this case is now closed.

**IT IS SO ORDERED.**

Dated: January 15, 2014

SUSAN ILLSTON
United States District Judge