IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD MAZZAFERRO,

    Plaintiff,

v.

MANSUETTO LENCI,

    Defendant.

                             /

No. C 11-4097 SI

**JUDGMENT**

    This case has been dismissed with prejudice for failure to prosecute. Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 15, 2014

SUSAN ILLSTON
United States District Judge