IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MAZZAFERRO, | No. C 11-4097 SI |
| Plaintiff, | **ORDER RE: PLAINTIFF'S JANUARY 22, 2014 FILING** |
| v. | |
| MANSUETTO LENCI, | |
| Defendant. | |

On January 15, 2014, the Court dismissed this case with prejudice based on plaintiff's failure to prosecute and plaintiff's statement to the Court that this case had been rendered moot due to ongoing bankruptcy proceedings in the Northern District of California.

On January 22, 2014, plaintiff filed a document stating that on January 17, 2014, he discovered that defendant had filed for bankruptcy in Missouri in 2011 and had not listed this case on the bankruptcy schedule nor had he notified this Court of the bankruptcy filing. Plaintiff's January 22, 2014 filing states, "This is only presented to this court for the purpose for the court to determine . . . whether or not defendant Lenci should be sanctioned by this court for not notifying this court of his bankruptcy he filed 3 ½ months after this litigation was commenced against him." Docket No. 134 at 2. Plaintiff also states in his filing that he will pursue sanctions against defendant in the Missouri bankruptcy case. Defendant has not filed a response to plaintiff's January 22, 2014 filing.

On this record and in light of the fact that this case is now closed, the Court finds that sanctions

are not warranted. The Court makes no findings about whether defendant should have disclosed this case on the Missouri bankruptcy schedule or whether defendant should have informed this Court of the bankruptcy case.

**IT IS SO ORDERED.**

Dated: February 11, 2014

SUSAN ILLSTON
United States District Judge